UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYNE M. SEETO,<br><br>　　Plaintiff<br><br>v.<br><br>NEVADA HIGHWAY PATROL, et al.,<br><br>　　Defendants | Case No.: 2:25-cv-00542-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 3] |

On March 25, 2025, Magistrate Judge Koppe recommended that I dismiss plaintiff Ryne Seeto's complaint because it is duplicative of an earlier-filed action in this court. ECF No. 3. Seeto did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 3) is accepted and plaintiff Ryne Seeto's complaint in this case is dismissed as duplicative of the complaint in 2:25-cv-00519-CDS-NJK. The clerk of court is instructed to close this case.

DATED this 1st day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE